IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01611-EWN-BNB

FIRST NATIONAL BANK, a nationally-chartered banking corporation,

Plaintiff,

v.

GREG J. SYKES, an individual,
DONNA R. SYKES, an individual,
MARTINDALE LAND AND LIVESTOCK, LLC, a Colorado limited liability company, and
TKG VENTURES, LLC, a Wyoming limited liability company d/b/a GRADY TRUCKING, LLC,

Defendants and Third-Party Plaintiffs,

v.

THOMAS OLSON, BRUCE M. BATT, LARRY MCCORMICK, MICHAEL E. WARREN, JACK OCHSNER, SCOTT R. PRUSIA, PAUL A. COVELLO, JR., and JOHN DOE(s), as individuals and collectively acting as the Board of Directors and Loan Committee for FIRST NATIONAL BANK,
DAVE DEMMING, an individual, and as a previous Senior Vice President of FIRST NATIONAL BANK,
SCOTT R. PRUSIA, an individual, and as a previous President of FIRST NATIONAL BANK, and
CHAD CORKLE, an individual, and as current Senior Vice President of FIRST NATIONAL BANK,

Third Party Defendants.
_____

**ORDER**
_____

All parties except Dave Demming and Scott Prusia, who have not yet appeared in the case, attended a scheduling conference this morning. Pending are the plaintiff's motion to remand the case to state court and the parties' stipulation regarding motion to remand. During discussions at the conference, the parties indicated their intention to dismiss this action and to

refile an action in the state district court for Jackson County, Colorado.  Based on the statements of counsel:

IT IS ORDERED that the parties shall voluntarily dismiss this action, if at all, on or before **October 17, 2005**.

IT IS FURTHER ORDERED that if this action is not dismissed, a supplemental scheduling conference is set for **November 14, 2005, at 1:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall prepare a proposed scheduling order and shall submit it to the court on or before **November 7, 2005**.

Dated October 12, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge