# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   1:05-cv-01611-EWN-BNB

FIRST NATIONAL BANK, a nationally-chartered banking corporation,

    Plaintiffs,

v.

GREG J. SYKES, an individual;
DONNA R. SYKES, an individual;
MARTINDALE LAND AND LIVESTOCK, LLC, a Colorado limited liability company;
and TKG VENTURES, LLC, a Wyoming limited liability company d/b/a GRADY TRUCKING, LLC,

    Defendants and Third-Party Plaintiffs,

v.

THOMAS OLSON, et al.

    Third Party Defendants.

_____

## ORDER
_____

THIS MATTER coming for consideration upon the Stipulation Regarding Motion to Remand, and the Court being fully advised in the premises and recognizing both parties have stipulated to such Motion, hereby finds grounds for remand.

THEREFORE, it is ordered that the matter of First National Bank v. Sykes et al. be hereby remanded to Jackson County District Court, State of Colorado.

This Court, no longer having jurisdiction over the matter, shall vacate all scheduled proceedings and shall have no further business in this matter come before it.

Dated this 19th day of October, 2005

                          BY THE COURT:

                          /s/ Edward W. Nottingham
                          EDWARD W. NOTTINGHAM
                          United States District Court Judge